PAUL HASTINGS LLP
MARY C. DOLLARHIDE (SB# 138441)
marydollarhide@paulhastings.com
HALEY M. MORRISON (SB# 259913)
haleymorrison@paulhastings.com
4747 Executive Drive
12th Floor
San Diego, CA 92121
Telephone: 1 (858) 458-3000
Facsimile: 1 (858) 458-3005

PAUL HASTINGS LLP
MARIO C. ORTEGA (SB# 272455)
marioortega@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
PSS WORLD MEDICAL, INC.

[Additional counsel listed on the following page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAREY HAUSER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PSS WORLD MEDICAL, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV 13-759-JLS (ANx)<br><br>**STIPULATION REGARDING DEFENDANT PSS WORLD MEDICAL, INC.'S FIRST AMENDED ANSWER**<br><br>Action Removed:     May 13, 2013<br>Discovery Cut-Off:  October 17, 2014<br>Pretrial Conference: February 6, 2015<br>Trial Date:               February 24, 2015 |

JCL LAW FIRM
JEAN-CLAUDE LAPUYADE (SB# 248676)
jlapuyade@jcl-lawfirm.com
10731 Treena Street, Suite 101
San Diego, CA 92131
Telephone: (619) 599-8292
Fax: (619) 599-8291

BLUMENTHAL, NORDREHAUG & BHOWMIK
NORMAN B. BLUMENTHAL (SB# 068687)
norm@bamlawlj.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Fax: (858) 551-1232

Attorneys for Plaintiff
CAREY HAUSER

TO THE HONORABLE COURT:

Plaintiff Carey Hauser ("Plaintiff") and Defendant PSS World Medical, Inc. ("Defendant" or the "Company"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff initiated this action in the Orange County Superior Court on April 9, 2013;

WHEREAS, Defendant answered Plaintiff's complaint in state court, and then removed this action to federal court on May 13, 2013;

WHEREAS, on September 23, 2013, the Court issued a scheduling order stating that the "Last Day to File a Motion to . . . Amend Pleadings" is November 26, 2013;

WHEREAS, Defendant seeks to amend its answer to Plaintiff's complaint (in the form of the pleading attached hereto as Exhibit "A" (the "First Amended Answer")), and has so informed Plaintiff's counsel;

WHEREAS, Plaintiff does not oppose the filing of Defendant's First Amended Answer;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE, AND RESPECTFULLY REQUEST as follows:

1.  That the Court accept the pleading attached hereto as Exhibit "A" as Defendant's First Amended Answer to Plaintiff's Complaint. *See* Fed. R.

Civ. P. 15(a)(2) (a pleading may be amended "with the opposing party's written consent"); *see also* Rutter Group: Fed. Civ. Proc. Before Trial (2013), at ¶ 8:1445 ("After the time for amendment of right has expired, any pleading may be amended with the written consent of the 'opposing party.'"); *see also id.* at ¶ 8:1449 ("The parties simply sign a stipulation that the proposed amended pleading (attached to the stipulation) may be filed in the action, and present same to the court for approval.").

2. That the First Amended Answer be deemed timely filed, as of the date this Stipulation is approved by the Court.

3. That, for all purposes (including the applicable timeline for filing any Rule 12 motion challenging the First Amended Answer), Plaintiff will be deemed to have been served with the First Amended Answer as of the date this Stipulation is approved by the Court, pursuant to Rule 15-3 of the Local Civil

//

//

//

//

//

//

LEGAL_US_E # 107280940.1

STIPULATION RE: DEFENDANT
PSS WORLD MEDICAL, INC.'S
FIRST AMENDED ANSWER

Rules of the United States District Court for the Central District of California.

IT IS SO STIPULATED AND AGREED.

DATED: November 26, 2013   JCL LAW FIRM
BLUMENTHAL, NORDREHAUG &
BHOWMIK

By: _____
JEAN-CLAUDE LAPUYADE

Attorneys for Plaintiff
CAREY HAUSER

DATED: November 26, 2013   PAUL HASTINGS LLP

By: _____
MARIO C. ORTEGA

Attorneys for Defendant
PSS WORLD MEDICAL, INC.

# PROOF OF SERVICE

I am employed in the City and County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 4747 Executive Drive, 12th Floor, San Diego, California 92121.

On November 26, 2013, I served:

**STIPULATION REGARDING DEFENDANT PSS WORLD MEDICAL, INC.'S FIRST AMENDED ANSWER**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[ ] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Paul Hastings LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul Hastings LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul Hastings LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on November 26, 2013.

LUCIA LEVINE

LEGAL_US_E # 104615019.1

PROOF OF SERVICE

## SERVICE LIST

Jean-Claude Lapuyade
JCL Law Firm
10731 Treena Street, Suite 101
San Diego, CA 92131
Tel. (619) 599-8292
Fax: (619) 599-8291
Email: jlapuyade@jcl-lawfirm.com

Norman B. Blumenthal
Blumenthal, Nordrehaug & Bhowmik
2255 Calle Clara
La Jolla, CA 92037
Tel. (858) 551-1223
Fax: 858-551-1232
Email: norm@bamlawlj.com

Attorneys for Plaintiff
CAREY HAUSER

LEGAL_US_E # 104615019.1